Opinion filed June 15, 1932.
Frank Moland, for appellant.  J. V. DeLaney, for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.

Paul Schiever, appellee, v. Hermann P. Haase, appellant.  Gen.
No. 35,600.

Opinion filed June 15, 1932.
Hermann P. Haase, *pro se*.  No appearance for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.

City of Chicago, appellee, v. Emanuel Russell, appellant.  Gen.
No. 35,955.
City of Chicago, appellee, v. Charles Avant, appellant.  Gen. No.
35,956.
City of Chicago, appellee, v. Timothy Purcell, appellant.  Gen. No.
35,957.
City of Chicago, appellee, v. Esther Taylor, appellant.  Gen. No.
35,958.
City of Chicago, appellee, v. Albert Taylor, appellant.  Gen. No.
35,959.
City of Chicago, appellee, v. Hattie Wilkins, appellant.  Gen. No.
35,960.
City of Chicago, appellee, v. Jesse Gross, appellant.  Gen. No.
35,961.
City of Chicago, appellee, v. Gene Noble, appellant.  Gen. No. 35,962.
City of Chicago, appellee, v. Madison Young, appellant.  Gen. No.
35,963.
City of Chicago, appellee, v. Lima Gray, appellant.  Gen. No. 35,964.
City of Chicago, appellee, v. Mack Ross, appellant.  Gen. No. 35,965.
City of Chicago, appellee, v. Mary Jones, appellant.  Gen. No. 35,966.
City of Chicago, appellee, v. James Monroe, appellant.  Gen. No.
35,967.
City of Chicago, appellee, v. Dan McLaurine, appellant.  Gen. No.
35,968.
City of Chicago, appellee, v. Edward Dawson, appellant.  Gen. No.
35,969.
City of Chicago, appellee, v. Collier Weddle, appellant.  Gen. No.
35,970.
City of Chicago, appellee, v. Charles Ross, appellant.  Gen. No.
35,971.
City of Chicago, appellee, v. Simmie Perkins, appellant.  Gen. No.
35,972.
City of Chicago, appellee, v. T. E. Gray, appellant.  Gen. No. 35,973.
City of Chicago, appellee, v. Helen Johnson, appellant.  Gen. No.
35,974.
City of Chicago, appellee, v. Rome Burchett, appellant.  Gen. No.
35,975.
City of Chicago, appellee, v. Edward Walker, appellant.  Gen. No.
35,976.

City of Chicago, appellee, v. Hurley Sebastian, appellant. Gen. No. 35,977.

City of Chicago, appellee, v. John Monroe, appellant. Gen. No. 35,978.

City of Chicago, appellee, v. William Byrd, appellant. Gen. No. 35,979.

City of Chicago, appellee, v. Charles Phoenix, appellant. Gen. No. 35,980.

City of Chicago, appellee, v. William Watkins, appellant. Gen. No. 35,981.

City of Chicago, appellee, v. Winefred Stewart, appellant. Gen. No. 35,982.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Ellis & Westbrooks, for appellants; Richard E. Westbrooks, of counsel. William H. Sexton, Corporation Counsel, and Michael L. Rosinia, Prosecuting Attorney, for appellee; Walter L. McCoy, Assistant Prosecuting Attorney, and Carl J. Appell, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Anna M. Maremont, appellee, v. Cosmopolitan Life Insurance Company, appellant. Gen. No. 35,088.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Rufus M. Potts, C. W. Armstrong and Frank X. Brickley, for appellant. E. R. Elliott, for appellee; Julius N. Heldman, of counsel.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Ronald Dobrovolski, plaintiff in error. Gen. No. 35,252.

Opinion filed June 15, 1932.

Swalwell & Buoscio, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Joliet National Bank of Joliet, Illinois, administrator of the estate of Fred N. Ashamy, deceased, defendant in error, v. R. B. Farber Company, plaintiff in error. Gen. No. 35,351.